IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND-ODESSA DIVISION

FILED
FEB - 1 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. MO-13-M-60 |
| ) | |
| CHARLES RILEY MARTINEZ ) | |

## MOTION TO DETAIN

COMES NOW the United States of America by and through the United States Attorney for the Western District of Texas and moves the Court to detain the above named Defendant without bail and for cause would show the following:

( ) The Defendant is charged with a crime of violence;

( ) The Defendant is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the controlled Substances Act (21 USC 801 et seq.), or the Controlled Substances Import and Export Act (21 USC 951 et. seq.);

( ) The Defendant is charged with a felony offense and has been convicted of two or more prior felonies, each of which is a crime of violence; or an offense for which a maximum term of imprisonment of ten years or more is prescribed in the controlled Substances Act (21 USC 801 et seq.), the Controlled Substances Import and Export Act (21 USC 951 et. seq.).

( ) The Defendant is charged with an offense that involves a minor victim; or involves the possession or use of a firearm, destructive device, or any other dangerous weapon; or involves a failure to register under Title 18, United States Code, Section 2250;

( ) A serious risk exists that the Defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror;

(XX) A serious risk exists that the accused will flee; and/or

The Government request that a hearing of this motion be conducted:

( ) Immediately;

(XX) After a continuance of three (3) days at the request of the Government;

WHEREFORE, premises considered, the United States prays that the Court conduct a hearing to determine whether the Defendant(s) should be detained without bail pending trial, and, further the Government prays that the Defendant(s) be detained without bail pending trial.

Respectfully submitted,

ROBERT PITMAN
UNITED STATES ATTORNEY

by:    /s/ V. LaTawn Warsaw
Assistant United States Attorney
WI State Bar No. 1037786
400 W. Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4131 (Fax)