UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | MO:13-CR-00065(1)-RAJ |
| | § | |
| (1) CHARLES RILEY MARTINEZ | § | |

## DEFENDANT'S EXHIBITS, Page

| Exhibit | Description | Date Admitted |
|---|---|---|
| #1 | Facebook script | 5-7-13 |
| #3 | Facebook script | 5-7-13 |