UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND DIVISION

**FILED**
JUN 02 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | District Ct. No. 7:13CR00065-01 |
| v. | § § | |
| CHARLES RILEY MARTINEZ | § | PETITION FOR COMMUNICATION BETWEEN PARTIES |

COMES NOW Wanda Tilot, pro se, and respecfully petitions this court to amend the Order from this Court regarding the communication of Wanda Tilot and _____ who reside at 3990 Nicolet Drive, Green Bay, Wisconsin, 54311, with the above referenced Defendant, Charles Riley Martinez, and in support of said motion would show the following:

(1) At the time of offense in the above referenced matter, Wanda Tilot was the legal guardian to _____.

(2) Wanda Tilot consents and requests the communication between the Defendant, Charles Riley Martinez, and _____.

(3) Wanda Tilot is aware and consents to the relationship of her daughter _____ and Charles Riley Martinez.

(4) Wanda Tilot sees the communication between the defendant and her daughter non-detrimental to the well-being of _____

(5) Since the offense was committed, _____ has become eighteen years of age.

(6) Although _____ is now of legal age, Wanda Tilot gives her express consent for said communication to be established while _____ resides in her domicile.

WHEREFORE, Wanda Tilot having shown good cause, respectfully requests that this Court amend its Order and allow the communication between the Defandant and the parties referenced above by means of either mail, electronic mail, and telephonically

with the Defendant, Charles Riley Martinez, and any other relief this court deems just and equitable.

Dated: 5/13/14

By *(signature)*
Wanda Tilot
3990 Nicolet Drive
Green Bay, WI. 54311

## VERIFICATION

I, Wanda Tilot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing assertions are true and correct to the best of my knowledge and belief.

Dated: 5/13/14

By *(signature)*
Wanda Tilot
3990 Nicolet Drive
Green Bay, WI. 54311

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | District Ct. No. 7:13CR00065-01 |
| v. | § § | |
| CHARLES RILEY MARTINEZ | § | CERTIFICATE OF SERVICE |

I Wanda Tilot, hereby certify that on  5/13/14  , I caused to be served one copy of the within motion entitled "Petition For Communication Between Parties and Affidavit in Support," by depositing in U.S. Mail System, first class, postage prepaid, envelope addressed to the following:

Clerk Of The Court
United States District Court
200 East Wall Street, Room 107
Midland, TX. 79701

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated: 5/13/14

By _[signature]_
Wanda Tilot
3990 Nicolet Drive
Green Bay, WI. 54311

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | District Ct. No. 7:13CR00065-01 |
| v. | § § | AFFIDAVIT IN SUPPORT OF MOTION OF |
| CHARLES RILEY MARTINEZ | § | WANDA TILOT |

In support of the within motion, I submit this Affidavit under penalty of perjury.

(1) I am the mother of

(2) At time of offense, I was aware of the relationship between my daughter and the Defendant Charles Riley Martinez.

(3) I never objected to the relationship that transpired between the two above referenced parties.

(4) I support and consent the communication bewteen the two parties referenced.

(5) I support and consent the communication between the two parties to be conducted by means of U.S. Mail, Electronic Mail, and ro telephonically.

(6)          and I reside at the same domicile located at 3990 Nicolet Drive, Green Bay, Wisconsin, 54311.

(7)          has now become eighteen years of age this year in April.

(8) Although          is of legal age, I still consent to her communication with the defendant, Charles Riley Martinez.

(9) I see that there is no risk that would adversely affect my daughter with communication with Defendant Charles Riley Martinez.

(10) I am asking this court to amend Order and that said communication can be established with all parties.

Dated: 5/13/14

By *Wanda Tilot*
Wanda Tilot
3990 Nicolet Drive
Green Bay, WI. 54311

C. Webb
390 Hazelet Dr.
Green Bay, WI 54311

RECEIVED
MAY 30 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

RECEIVED
JUN 02 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Clerk of The Court
United States District Court
200 East Wall St. Room 107
Midland, TX 79701

GREEN BAY WI 543
28 MAY 2014 PM 2 L

7970152175